JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-00618-SSS-SHKx | Date | June 27, 2023 |
|---|---|---|---|
| Title | Michael Edward Kelly v. Capital One Auto Finance | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER DISMISSING PLAINTIFFS' CLAIM FOR FAILURE TO AMEND THE COMPLAINT**

On June 1, 2023, the Court granted Defendant Capital One Auto Finances' Motion to Dismiss Plaintiff Michael Edward Kelly's Complaint. [Dkt. 15]. In the Court's Order, the Court found that Kelly's sole claim pursuant to the Federal Credit Reporting Act was due to be dismissed pursuant to Rule 12(b)(6). [Dkt. 15 at 2–3]. The Court further granted Kelly leave to amend his Complaint in order to cure his Complaint's deficiencies and better assert his Fair Credit Reporting Act claim. [Dkt. 15 at 3]. Kelly's amended complaint was due on or before June 9, 2023. [Dkt. 15 at 3]. As of the date of this order, Kelly has not filed an amended complaint. Accordingly, Kelly's Complaint is hereby **DISMISSED WITH PREJUDICE.** *See American Western Door & Trim v. Arch Specialty Insurance Co.*, No. CV 15-00153-BRO (SPx), 2015 WL 1308440, at *1 (C.D. Cal. April 15, 2015) ("A district court may dismiss an action with prejudice when a plaintiff fails to file an amended complaint within the allotted time period."); *see also Cabello v. City of Phoenix*, 387 F. App'x 709, 710 (9th Cir. 2010).

**IT IS SO ORDERED.**